AO 450 Judgment in a Civil Case

# *UNITED    STATES    DISTRICT    COURT*

__EASTERN__   DISTRICT OF __VIRGINIA__

NORFOLK DIVISION

AUTUMN N. PAKRAVAN,

        Plaintiff,

v.

                                  Civil Action No.   2:12CV472

CAROLYN W. COLVIN,
ACTING COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION

        Defendant.

## JUDGMENT   IN   A   CIVIL   CASE

[ ]   **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.**   This action came on for decision before the Court. The issues have been decided and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** pursuant to an Order entered on October 18, 2018, plaintiff's motion for summary judgment is GRANTED to the extent that it seeks reversal and remand of the Acting Commissioner's decision; Defendant's motion for summary judgment is DENIED; and the final decision of the Acting Commissioner is VACATED and the matter is REMANDED to the Acting Commissioner for further proceedings consistent with the Magistrate's Report and Recommendations filed 9/25/13.

  __October 18, 2013__                       FERNANDO GALINDO, CLERK
Date

                                                  By:_____/s/_____
                                                  Angela Farlow, Deputy Clerk